IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MARTIN SAMUEL VAZQUEZ

Plaintiff

vs                                                       CIVIL 98-2445CCC

EXECUTIVE AIRLINES, INC.
d/b/a AMERICAN EAGLE

Defendant

## JUDGMENT

Having considered the Stipulation for Voluntary Dismissal of Claims With Prejudice filed by the parties on December 30, 1999 (**docket entry 16**), the same is APPROVED and this action is hereby DISMISSED, with prejudice, pursuant to the terms and conditions of said Stipulation.

SO ORDERED AND ADJUDGED.

At San Juan, Puerto Rico, on January 14, 2000.

CARMEN CONSUELO CEREZO
United States District Judge



AO 72A
(Rev.8/82)